**Order filed January 30, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00576-CV**

_____

**THOMAS W. STRONG-GRIBBLE, Appellant**

**V.**

**LATIF AND COMPANY LLC, Appellee**

**On Appeal from Co Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1134118**

## O R D E R

Appellant's brief was due January 9, 2020. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **February 28, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan